I think it's important to be consistent with what we're doing. Kevin Leary, who is an assistant director on the future strategy team, he's saying that, you know, when the pressure gets really rigid, the company wants to reduce the workload, it's dangerous, and I'm not in favor of that. I think it's important to be consistent with what we're doing, and I'm not in favor of that. So, it's a long way to go. Three years is a long time. It's a long time. I think we're going to have to gradually rewire the fact that we used to dismiss this thing, or we introduced this version, and it's not true. That seems to me to be the most important thing here, because you can't see what's going on at this point. Also, you know, VCBA is looking to capture the zeroes, and I don't know if this is clear or not, but I think it has to be. It's a big mission objective. You know, VCBA is a small company, and so I think it's important that it's discussed with us. I think it's important to fundamentally decline, and I think that's all very important. I think it's extremely important to fundamentally see this as a real issue. There's much more to it than just this concept of insight. You know, it's very simple. It's very simple. It's very simple. There's a very deep understanding of it. There's a lot of real-world insights, and studies on this have been used for this for a few months and a year. They've taken a lot of different tests. For example, understanding your argument, you know, you stopped at just a minimum for summary judgment each time. Are you now suggesting that your summary judgment won't do anything when you're submitting a paper trial? I'm sorry, you put me at just, you just put me at just a minimum, and I believe that you're trying to understand your argument here. I mean, are you saying we shouldn't reverse this determinant of trial? Did you think you have the, did you think you have the drill here? Well, I think you have, and in my opinion, in fact, and I guess I'm wondering why it's funny to have you, when you're saying, if I'm saying, reverse, and gradually, reverse, so it says, go ahead. It's not a promise to the district court to wait for any evidence, or purposes, or summary judgment. It's the same kind of case you have here. So, I mean, it turns out that your argument brings summary judgment to you, and you may be making an argument that brings some sort of, what the district court did. That's why I, my question, this is a very good question, and it's a part of, part of what I'm hearing, whether you can give me your assistance in this case. So, you're abandoning the opportunity in summary judgment, literally, yes? Yes. I mean, I'm trying to understand, and I'm saying, excuse me, excuse me, but, there is a legitimate question here. Yes. I mean,  in summary, in summary judgment. No, T he he he he he she he prot he she the he he he he do do do  do do do do do do do do to       www.SciQua.com
judges: O'scannlain, Clifton, N.R. Smith